UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER MARKS,

     Plaintiff,

v.                               CASE NO: 8:07-cv-513-T-23TBM

IDAUTOMATION.COM, INC., et al.,

     Defendants.

_____/


## <u>ORDER</u>

The Court is advised that this matter is concluded and will be dismissed.

Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT**

**PREJUDICE** to the right of any party within sixty (60) days from the date of this order to

(1) submit a stipulated form of final order or judgment or (2) re-open the action upon a

showing of good cause.  The Clerk is directed to (1) terminate any pending motion and

(2) close the case.

ORDERED in Tampa, Florida, on May 7, 2007.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**


cc:    US Magistrate Judge
        Courtroom Deputy